UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| M.R. (VEGA ALTA), INC.; SANTA CRUZ, INC.; GOMERA (DORADO), INC., and MONTE REY S.E., <br><br> Plaintiffs, <br><br> v. <br><br> CARIBE GENERAL ELECTRIC PRODUCTS, INC.; GENERAL ELECTRIC COMPANY; WEST COMPANY OF PUERTO RICO, INC.; THE WEST COMPANY, INC.; MOTOROLA ELECTRONICA DE PUERTO RICO, INC.; MOTOROLA INTERNATIONAL DEVELOPMENT CORPORATION; UNISYS CORPORATION; HARMAN AUTOMOTIVE PUERTO RICO, INC., and HARMAN INDUSTRIES, INC., <br><br> Defendants. | Civil No. 97-2294 (JAF) |

## J U D G M E N T

Judgment is entered dismissing this case with prejudice on the parties' "Stipulation of Dismissal" filed November 15, 1999, <u>Docket Document No. 74</u>.

San Juan, Puerto Rico, this 30th day of November, 1999.

*/s/ Jose Antonio Fuste*
JOSE ANTONIO FUSTE
U. S. District Judge

AO 72
(Rev 8/82)